Michael L. Wagner
1000 Twin Dolphin Dr.
Redwood City, CA 94065
Tele: 650-509-5030
Pro Se Plaintiff

Case: 1:23-cv-01468
Assigned To : Unassigned
Assign. Date : 5/22/2023
Description: Pro Se Gen. Civ. (F-DECK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DICTRICT OF COLOMBIA

| Michael L. Wagner, | ) | |
|---|---|---|
| Pro Se Plaintiff, | ) | COMPLAINT FOR |
| Vs. | ) | THE DEPRIVATION OF |
| The United States Government, | ) | CIVIL RIGHTS |
| Former President Donald Trump, | ) | |
| in his Individual Capacity, | ) | 42 USC 1985 |
| Defendants. | ) | |

LIST OF CASES

*Dist. Of Colombia v Dep't of Agric. Civil Act # 20-cv-00119 (BAH) (DC Dist Ct)*

INTRODUCTION

   This Complaint challenges a newly-implemented Final Rule ("the Rule") of the U.S. Dep't of Agriculture "(the agency") as being Criminally Designed!!!

COMPLAINT

   (All Allegations) The agency speciously advances radical alterations of long standing operations of SNAP ("Food Stamps")—outrageously—and in fact for the second time; **In Contempt of Court**: "Despite the agency's blinkered effort to downplay or disregard the predicted outcomes of the Final Rule ..., ... radically and abruptly alters decades of regulatory practice, leaving the States scrambling and exponentially increasing food insecurity for tens of thousands of Americans. (*DC v USDA*), with the agency, again, **Failing to Comply** with the pertinent Administrative Procedure Act ("APA")

1. requirements: "… has weighed the consequences of it's actions …" (the APA provides
2. for judicial review; a means to set aside agency actions), this where, at the onset of
3. implementation of the Rule, **ONLY** those Households with Children were allowed Food
4. Stamps; **forcing Births and Crime**; yet: "The statutory scheme et up mechanisms … to
5. enable … self-sufficiency and move them off government assistance. … At the same
6. time, however the overreaching goal of SNAP is to enable States to target nutrition
7. benefits to those residents in need, with statutory provisions that protect this critical
8. function." (*DC v USDA*); consider here the anticipated-need for 700,000 Harvest Boxes,
9. where the stated-plan is to Save Billions and Drive Employment, yet this plan is
10. inexplicable-based upon a perceived shared-mass-refusal to collect 10-work-
11. contact-names (weekly) in exchange for Bus Tokens and CASH, where, Post-Pandemic,
12. the work-programs at issue are nonexistent (See: *State General Assistance Programs*
13. *Very Limited in Half the States and Nonexistent in Others* (Center on Budget and Policy
14. Priorities, 7/20), and here consider how Defendant Trump ("Trump"), the "Architect of
20. the Rule" (See: *Trump wants to replace Food Stamps with Food Boxes, for some reason*
15. *(Vox, 2/18)*), eschews a County Job Fair (for his resort Mar-A-Lago) instead hiring
16. **Virtually NO Domestic Workers,** to "counter" the laziness of Poor Americans?,
17. through a cruel-weekly-diet of: 6-eggs, 2-large-pieces-of-chicken, 1-quart-of-Milk, rice,
18. beans and some vegetables; this drives Crime (See: *Whole Foods in Downtown San*
19. *Francisco closes due to spiraling crime* (National Review, 4/20)), all this consistent with
21. a Nazi-War-Against-The-Poor, this where pertinent here is that I'm a Social Media Critic
22. of Trump, and where also pertinent is my prior-litigation regarding "Killing The Electric
23. Car"; this where, also pertinent is a quotation of Trump (not a direct quote): "Some
24. Racists Are Good"; this Un-American Ideology directly following Racist-Multiple-
25. Murder; aligning himself, this where, pertinent here, my private-donation-food-box
26. arrived late—twice, with No Milk delivered—once, and NO FOOD was delivered—
27. twice; with the "Nazi-War" plainly evidenced by the following article-titles themselves:
28.

1  *Kanye West, Elon Musk, Donald Trump and the mainstreaming of Nazism* (The Nation,
2  12/23), *Donald Trump's long history of enabling white supremacy*, which reads: "His
3  affiliation has given a bigger platform … and they, in turn, have become an indispensable
4  part of his base." (Vox, 11/22), *Trump, Vowing Retribution, 'Foretells' a Second Term of*
5  *Spite* (NY Times, 3/23), *Why Trump Can't Kill the Electric Car* (Politico, 1/19) (the
6  Electric car is **vastly-healthier** at street level **(for the Poor)**), *Trump's War on Solar*
7  (Rolling Stone, 4/20), *3-D printed Super-Capacitor Electrode breaks record* (UCSC,
8  10/18) here consider: Home-Solar-Panel-Super-Capacitor-Electric-Car-Charging);
9  furthermore, consistent with the Controlling-Ideology at issue here, namely **self-**
10 **sufficiency, well-being**, and **economic mobility**—the Court must Order the following
11 Workplace-Reform-Measures: 1/ Video Surveillance of work-sites (unless the worker is
12 completely alone), 2/ if NO-Taxes are owed, than in successive-years No-Taxes are
13 withheld, 3/ the State EDD must conduct Vocational-Testing and Job-Interviewing for
14 interested-participants, and then select "one-winner," this for interested Employers,
15 4/ Employers must guarantee Clean Air for Employees, at the least supplying a charcoal-
16 breathing-filter; thus, where I've suffered with having my Food Stamps wrongly cutoff,
17 ect., I'm claiming ten million dollars in compensation from the U.S. Government, where
18 the proper-address for a US Gov't Defendant is: The U.S. Solicitor General, 950
19 Pennsylvania Ave NW, Washington, DC 20530-0001, and, additionally, I'm claiming
20 ten million dollars from Trump for his pre-eminent-role in this conspiracy, where his
21 address is: 1100 S. Ocean Park, Palm Beach, FL 33480, and where these addresses are
22 pertinent because **the Court itself has the responsibility to effect Service of the**
23 **Complaint** (and other Court documents), this because I'm proceeding forma pauperis.

28 Dated: May 22, 2023    Signed: *[signature]*